**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 19, 2023

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Raul Acosta</u>
           23 Cr. 376 (JLR)

Dear Judge Rochon:

    I write to respectfully request a 45-day adjournment of Raul Acosta's sentencing proceeding, which is currently scheduled for January 4, 2024, at 4:00 p.m. The government does not object to this application.

    In connection with Mr. Acosta's sentencing and arguments I intend to make under 18 U.S.C. § 3553(a), I have retained a forensic psychologist to evaluate Mr. Acosta and provide me with a written mitigation report. The expert has obtained all of the information he requires, but is still preparing his report. Accordingly, an adjournment is necessary to allow the expert time to finish his report, and to also facilitate my review of the report with Mr. Acosta and my incorporation of the report into a sentencing submission on his behalf.

    I thank the Court for its consideration of this application.

                            Respectfully Submitted,

                            Andrew John Dalack, Esq.
                            Assistant Federal Defender
                            Tel: (646) 315-1527

Cc:    AUSA Thomas Burnett

The request is GRANTED. The sentencing is adjourned from January 4, 2024 to **March 7, 2024 at 4:00 p.m**.

Dated: December 19, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**