# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 26, 2024

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED. Defendant's sentencing is rescheduled to **March 27, 2024 at 11:00 a.m.***

Dated: February 26, 2024
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   **United States v. Raul Acosta**
      **23 Cr. 376 (JLR)**

Dear Judge Rochon:

    I write to respectfully request that the Court reset the sentencing date in the above-captioned case, from March 21, 2024, to March 27, 2024, at 11:00 a.m. The Government does not object to this application. With sincere apologies to the Court for any inconvenience caused, when I filed an adjournment request last week, I neglected to identify a conflict in my schedule with March 20 through March 22, 2024. I understand that the Court has availability on March 27, 2024, at 11:00 a.m., and am grateful to the Court for its understanding and flexibility.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

Cc:   AUSA Thomas Burnett