# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 13, 2024

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Raul Acosta**
    **23 Cr. 376 (JLR)**

The request is GRANTED.

Dated: March 13, 2024
       New York, New York
SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon:

    I write to respectfully request a modest adjustment of the sentencing submission deadlines in the above-captioned case, without any change to the sentencing date of March 27, 2024, at 11:00 a.m. Specifically, I request that the Court accept the defense submission by Friday, March 15, 2024, and the Government's submission by Friday, March 22, 2024. I respectfully submit that a two-day adjustment in the filing deadlines is necessary to accommodate the defense's recent receipt of additional information regarding Mr. Acosta's mental health history that might bear on arguments we will make at sentencing under 18 U.S.C. § 3553(a). The Government, by AUSA Thomas Burnett, does not object to this motion, and I thank the Court for its consideration of this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Tel: (646) 315-1527

Cc: AUSA Thomas Burnett