UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    - v. -<br><br>RAUL ACOSTA,<br><br>                              Defendant. | 23-cr-00376 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On April 2, 2024, Mr. Acosta was sentenced by this Court to a term of 46 months in prison. On July 31, 2025, the United States Department of Justice, Federal Bureau of Prisons, submitted the attached letter to the Court requesting clarification as to whether this Court intended that Mr. Acosta's federal sentence to run concurrently with or consecutively to his state sentence in New York County Supreme Court Case Number 02922-2016.

Based on all of the sentencing factors under 18 U.S.C. § 3553, the reasons articulated on the record during the sentencing hearing on April 2, 2024, and the fact that Mr. Acosta was on parole when he committed the federal crime, it is the determination of this Court that Mr. Acosta's federal sentence shall run consecutively to his state term. A consecutive sentence is a just and reasonable sentence for the instant offense. *See* U.S.S.G. 5G1.3.

The Clerk of Court is respectfully directed to mail a copy of this order with attached letter to the addresses listed below.

Dated: September 2, 2025
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

<u>Copies To</u>:

Ms. Kathy Williams
Section Chief Sentence Computations
U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, TX 75051

Mr. Raul Acosta
Register Number: 69019-510
U.S. Penitentiary
P.O. Box 2068
Inez, KY 41224

**U.S. Department of Justice**

Federal Bureau of Prisons

---

*Designation and Sentence Computation Center*

U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051



RECEIVED
AUG 07 2025
JENNIFER L. ROCHON
U.S. DISTRICT JUDGE
SDNY

July 31, 2025

The Honorable Jennifer L. Rochon
United States District Court Judge
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:   ACOSTA, Raul
       Register Number: 69019-510
       Case Number: 23-cr-00376-JLR

Dear Judge Rochon:

On April 2, 2024, Raul Acosta was sentenced by the Court to a 46-month term of confinement for Felon in Possession of a Firearm. Mr. Acosta has requested credit for time spent in service of a state sentence, which the Bureau of Prisons (Bureau) considers a request for a retroactive designation, which would in turn make his federal sentence concurrent with his state term. This would be accomplished by the Bureau designating the state institution for service of his federal sentence under 18 U.S.C. § 3621(b). Such action would thereby reduce the total amount of time spent in custody. In Setser v. United States, 566 U.S. 231, 237 (2012), the United States Supreme Court held that the authority to order a federal sentence concurrent with or consecutive to any other sentence rests with the federal sentencing court. The Bureau is requesting guidance as to how Mr. Acosta's federal sentence should run with respect to a sentence he has served with the State of New York.

At the time the federal sentence was imposed, Mr. Acosta was under the primary jurisdiction of state authorities in New York, and in federal custody pursuant to a writ of habeas corpus. The respective Judgment in a Criminal Case was silent regarding any relationship with the forthcoming action by the state. Following sentencing, Mr. Acosta was returned to state authorities and the U.S. District Court Judgment was filed as a detainer.

On May 31, 2024, Mr. Acosta's parole was revoked by the State of New York, and he continued the service of his sentence in New York County Supreme Court Case Number 02922-2016. The state information received by the Bureau does not indicate whether the state intended the term to run concurrently with or consecutively to the federal sentence. On August 30, 2024, Mr. Acosta's state obligation was satisfied, and he was released to the federal detainer on September 9, 2024, to commence the service of his federal sentence as provided by 18 U.S.C. § 3585(a).

The Bureau strives to administer sentences in accordance with federal statutes, Bureau policy, and the intent of the sentencing court. If, after 60 days, a response has not been received from the Court, the Bureau will complete its review and make a decision regarding this case.

Should the Court indicate the sentence is to run concurrently with the state term, the Bureau will commence the sentence in the above judgment on the date of imposition, which would result in Mr. Acosta's release from Bureau custody on or about July 24, 2027. Should the Court indicate the sentence is to run consecutively to the state term, he will continue to the current projected release date of December 21, 2027.

We respectfully request that you please advise us in writing at your earliest convenience, as to the Court's position on a retroactive designation in this case. Should additional information be necessary, please contact Marcus Boudreaux, Correctional Programs Specialist, at 972-595-3189.

Sincerely,

*Mandu Eames for*

Kathy Williams, Section Chief
Sentence Computations

mgb
cc:   Thomas Burnett, AUSA
      Jemmard Thomas, USPO